# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00420-CV

**The City of Austin, Appellant**

**v.**

**Hunter Cormier, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-001615, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and Appellee have filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2). We grant their motion and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Joint Motion

Filed: August 15, 2025